**Vacated and Remanded and Memorandum Opinion filed October 9, 2025.**



In The

# Fifteenth Court of Appeals

---

### NO. 15-25-00003-CV

---

## LONE STAR NGL PRODUCT SERVICES LLC, (IN ITS OWN CAPACITY AND AS ASSIGNEE), Plaintiff/Joint Petitioner

### V.

## EAGLECLAW MIDSTREAM VENTURES LLC AND CR PERMIAN PROCESSING, LLC, Defendants/Joint Petitioner

---

**On Appeal from the Business Court Division 11A**
**Harris County, Texas**
**Trial Court Cause No. 24-BC11A-0004**

---

### MEMORANDUM OPINION

This is a joint permissive appeal challenging the Business Court's order remanding a civil action that was commenced before September 1, 2024, to the Harris County district court. On July 31, 2025, we concluded that in light of the amendments in House Bill 40, Section 8 of the act that created the Business Court in 2023 (House Bill 19) is not a jurisdictional limitation when the parties agree to remove a civil action that commenced before September 1, 2024, and the case

otherwise meets the Business Court's jurisdictional requirements. *Lone Star NGL Prod. Servs. LLC v. EagleClaw Midstream Ventures LLC*, -- S.W.3d--, 2025 WL 2318307, at *1 (Tex. App—15th Dist. July 31, 2025, no pet.). We abated this appeal and remanded the case to the Business Court with instructions to determine whether to grant permission to proceed in the Business Court pursuant to Section 25A.021 of the Texas Government Code. *Id.*

On September 29, 2025, the parties filed a joint status report informing this Court that the Business Court granted their request to proceed in the Business Court in light of Section 25A.021. The parties request this Court to vacate the Business Court's December 20, 2024, order that remanded the case to Harris County district court, and remand the case to the Business Court for further proceedings. We grant the request.

Accordingly, we reinstate the appeal, vacate the Business Court's remand order, and remand this case to the Business Court for further proceedings.


/s/Scott K. Field
Scott K. Field
Justice


Panel consists of Chief Justice Brister and Justices Field and Farris.

2